JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GONZALO HERNANDEZ,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR. et al.,<br>Respondents. | Case No. 5:26-cv-03658-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part and Denying in Part Petition for Writ of Habeas Corpus filed on July 17, 2026.

Date: July 29, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge